AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

JAMES FRANCIS SPRING

                Plaintiff,

  v.

BLUESTEM BRANDS, INC

                Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:20-cv-02212-GMN-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff against Defendant. Plaintiff is awarded $275 in attorney's fees and $120 in costs for a total award of $395. Defendant must pay this amount no later than May 17, 2021

04/07/2021
Date

DEBRA K. KEMPI
Clerk

/s/ Y. Williams
Deputy Clerk