UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES FRANCIS SPRING,<br>    Plaintiff(s),<br>v.<br>BLUESTEM BRANDS, INC.,<br>    Defendant(s). | Case No. 2:20-cv-02212-GMN-NJK<br><br>**ORDER** |

On August 27, 2021, a notice of bankruptcy was filed. Docket No. 16. Plaintiff is hereby ORDERED to file a status report by December 20, 2022.

IT IS SO ORDERED.

Dated: December 2, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1